IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,   Case No.   3:20 CR 11

          Plaintiff,   <u>JUDGMENT OF ACQUITTAL</u>

-vs-

          JUDGE JACK ZOUHARY

Lavelle Mack,

          Defendant.

The Defendant was found not guilty on both counts of the Indictment. It is Ordered that Defendant is acquitted, discharged, and any bond exonerated.

IT IS SO ORDERED.

          s/ *Jack Zouhary*
          U. S. DISTRICT JUDGE

          June 3, 2021